UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
Eastern Division

The Comphy Co.
                Plaintiff,

v.                                     Case No.: 1:18−cv−04584
                                       Honorable Matthew F. Kennelly

Amazon.com, Inc.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 29, 2018:

      MINUTE entry before the Honorable Matthew F. Kennelly: Status hearing and motion hearing held on 8/29/2018. Motion for leave to file excess pages [29] and motion to file under seal [30] are granted. Motion to transfer case [20] is stricken and is to be replaced by an amended memorandum due 8/30/2018; response due by 9/6/2018; reply by 9/13/2018; status hearing and ruling set for 9/20/2018 at 9:30 a.m. Parties are to discuss motion for protective order [28]. Parties are directed to confer regarding discovery regarding preliminary injunction and to file a joint status report by 9/5/2018. Additional status hearing set for 9/6/2018 at 9:30 a.m. Mailed notice. (pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.