# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

The Comphy Co.

                Plaintiff,

v.

Amazon.com, Inc.

                Defendant.

Case No.: 1:18−cv−04584
Honorable Matthew F. Kennelly

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 20, 2018:

    MINUTE entry before the Honorable Matthew F. Kennelly: Status hearing and ruling on motion hearing held on 9/20/2018. Motion to appear pro hac vice [65] is granted. Motion to transfer case [54] is granted. Case is transferred to the Western District of Washington. Civil case terminated. Mailed notice. (pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.